UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

CASE NO. 8:09-cv-210-T-24TBM          DATE March 16, 2010
TITLE Danielle Casey  v. I.C. Systems, Inc.
TIME 9:13-10:51AM/1:00-1:06/1:23-1:31PM      TOTAL 1 hour and 52 minutes

**Honorable SUSAN C. BUCKLEW**

Courtroom Deputy: Anaida Vizza
Court Reporter: Paul Spangler

**Attorney for Plaintiff:**
Alex Weisberg, Esq.
Danielle Casey (plaintiff) - present

**Attorney for Defendant:**
Dale Golden, Esq.
Scott Bultje (client representative) - present

## *PROCEEDINGS OF JURY TRIAL DAY 2*

Court called to order. The Court goes over with the parties the changes made to the jury instructions. Jury brought into the courtroom. Closing arguments made by Mr. Weisberg on behalf of the Plaintiff. Closing arguments made by Mr. Golden on behalf of the Defendant. Rebuttal argument by Mr. Weisberg. The Court instructs the jury. The Jury withdraws from the jury room to commence deliberations. Court in recess until a verdict is reached.

Court reconvened at 1:00 PM. The Jury has a question. Jury brought into the courtroom. The Court addresses the question with the jury. Court in recess until a verdict is reached.

Court reconvened at 1:23 PM. The Jury has reached a verdict. Jury brought into the courtroom. The Clerk publishes the verdict. The Jury finds for the defendant. Jury thanked and released from the courtroom.

The Court instructs the clerk to enter judgment for the defendant. The Court orally DENIES AS MOOT Defendant's Orally moves for directed verdict as to the privacy claim and as to the claim that the defendant used profane, obscene, vulgar, or willfully abusive language in an attempt to collect a debt in violation of Florida Statute §559.72(8).  Court is adjourned.