IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE CASEY,

    Plaintiff,

v.                                      CASE NO. 8:09-CV-210-T-24 TBM

I.C. SYSTEM, INC.,

    Defendant.
_____/

## SPECIAL INTERROGATORIES AND VERDICT FORM

### FAIR DEBT COLLECTION PRACTICES ACT

1.     Did I.C. SYSTEM engage in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff, in violation of 15 U.S.C. § 1692d of the Fair Debt Collection Practices Act?

        ____YES     _X_NO

2.     Did I.C. SYSTEM threaten to report a debt as delinquent on Plaintiff's credit report that Plaintiff did not owe, in violation of 15 U.S.C. § 1692e(5) of the Fair Debt Collection Practices Act?

        ____YES     _X_NO

3.     Did I.C. SYSTEM fail to disclose its true corporate or business name in a telephone call to Plaintiff, in violation of 15 U.S.C. § 1692d of the Fair Debt Collection Practices Act?

        ____YES     _X_NO

IF YOUR ANSWERS TO QUESTIONS NUMBER 1, 2, **AND** 3 ARE ALL "NO," YOUR VERDICT IS FOR I.C. SYSTEM ON THE FAIR DEBT COLLECTION PRACTICES ACT CLAIM AND YOU ARE DIRECTED TO SKIP TO QUESTION NUMBER 5.

IF YOU ANSWERED "YES" TO QUESTION NUMBER 1, 2, **OR** 3, PLEASE PROCEED TO QUESTION NUMBER 4.

4. What amount, from $0 to $1000, of statutory damages should plaintiff be awarded under the Fair Debt Collection Practices Act?

    $_____

## FLORIDA'S CONSUMER COLLECTION PRACTICES ACT

5. Did I.C. SYSTEM use profane, obscene, vulgar, or willfully abusive language in communicating with Plaintiff, in violation of §559.72(8) of Florida's Consumer Collection Practices Act?

    ____YES   _X_NO

6. Did I.C. SYSTEM's employee refuse to adequately identify herself or I.C. SYSTEM when requested to do so by Plaintiff, in violation of §559.72(15) of Florida's Consumer Collection Practices Act?

    ____YES   _X_NO

IF YOUR ANSWERS TO BOTH QUESTIONS NUMBER 5 **AND** 6 ARE "NO," YOUR VERDICT IS FOR I.C. SYSTEM ON THE FLORIDA CONSUMER COLLECTION PRACTICES ACT CLAIM AND YOU ARE DIRECTED TO SKIP TO QUESTION 8.

IF YOU ANSWERED "YES" TO QUESTION NUMBER 5 **OR** 6, PLEASE PROCEED TO QUESTION 7.

7. What amount, from $0 to $1000, of statutory damages should plaintiff be awarded under the Florida's Consumer Collection Practices Act?

    $_____

2

## INVASION OF PRIVACY

8. Did Defendant violate Florida common law prohibiting invasion of privacy?

   YES ___         NO _X_

IF YOUR ANSWER TO QUESTION NUMBER 8 IS "NO," YOUR VERDICT IS IN FAVOR OF I.C. SYSTEM ON THE INVASION OF PRIVACY CLAIM, AND YOU ARE DIRECTED TO SKIP QUESTION 9 AND TO SIGN AND DATE THE VERDICT FORM.

IF YOUR ANSWER TO QUESTION NUMBER 8 IS "YES," PLEASE PROCEED TO QUESTION 9.

9. What amount of actual damages, if any, should Plaintiff be awarded in order to fully compensate her for the invasion of her privacy?

   $ _____

SO SAY WE ALL THIS 16 DAY OF MARCH, 2010.

FOREPERSON: *[signature] Jill Sugrue*